IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE RENU @ WITH MOISTURELOC   :   MDL DOCKET NO. 1785
LIABILITY LITIGATION
:
V.
:
KATRINKA GREGER                       NO.: 08-1075

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Bausch & Lomb, Inc., and the above-captioned plaintiffs, through their respective undersigned counsel, as follows:

1.  The above-captioned plaintiffs are hereby dismissed with prejudice from the above-captioned actions pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

            RISCASSI & DAVIS, P.C.

            BY _____
                Andrew S. Groher
                131 Oak Street
                Hartford, CT  06126-1557
                (860)522-1196

            DATED: May 8, 2009
                Attorneys for Plaintiff

NELSON MULLINS RILEY SCARBOROUGH, LLP

BY: _____
      Michael T. Cole
      Jane T. Davis
      Eli A. Poliakoff
      151 Meeting Street/Sixth Floor
      Post Office Box 1806 (29402)
      Charleston, SC 29401-2239
      (843) 853-5200

O'MELVENY & MYERS LLP

      John H. Beisner, Esq.
      Jessica Davidson Miller, Esq.
      1625 Eye Street, N.W.
      Washington, DC 20006

SHOOK HARDY & BACON, LLP

      Harvey Kaplan, Esq.
      Marie Woodbury, Esq.
      2555 Grand Boulevard
      Kansas City, MO 64108

DATED: 5/19/09
Attorneys for Bausch & Lomb Inc.

IT IS SO ORDERED:

_____
David C. Norton
United States District Judge

May 20, 2009

Charleston, South Carolina

2